## VIETOR et al. v. KAYTON et al.

*(Supreme Court, General Term, First Department. May 18, 1888.)*

Appeal from special term.

William Kayton and others appeal from an order denying their motion to vacate an attachment issued against them at the instance of George F. Vietor and others.

*Alfred Jaretzke*, for appellants. *A. Blumenstiel*, for respondents.

PER CURIAM. This case is not distinguishable in principle from *Grosvenor* v. *Sickle, ante*, 40, (decided at the January, 1888, term of this court.) In that case the order denying the motion to vacate the attachment was reversed, and the motion was granted, with costs. The same result must follow here. Ordered accordingly.